■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID FELIX, Also Known as DAVID FELIZ, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on February 1, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kassal, Rosenberger, Ellerin and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAT BURKETT, Appellant.—Judgment, Supreme Court, New York County (Leon Becker, J.), rendered on November 13, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kassal, Rosenberger, Ellerin and Rubin, JJ.

■ BERNICE RICHARD, Appellant, v ROSENMAN & COLIN, Respondent.—Appeal from the orders of the Supreme Court, New York County (Walter Schackman, J.), entered on October 28, 1986 and November 4, 1988, respectively, is withdrawn, in accordance with the stipulation of the parties herein dated July 21, 1989, without costs to either party. No opinion. Concur—Kupferman, J. P., Asch, Kassal, Rosenberger and Smith, JJ.